IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA PERRY JONES TILLER                                    PLAINTIFF

v.                          Case No. 14-6086

DANNY MARSH, LEROY BROWNLEE,
JOHN FELTS, SERGEANT AMIE
MARTIN and SHERIFF HOLLINGSWORTH                            DEFENDANTS

## ORDER

Now on this 28th day of October 2014, there comes on for consideration the report and recommendation filed herein on October 10, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (doc. 5). No objections were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Separate Defendants Marsh, Brownlee and Felts are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i-iii) and 1915A(a). Marsh, Brownlee and Felts are DISMISSED from this action. Plaintiff's claims against Separate Defendants Martin and Hollingsworth remain.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)