IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOSHUA PERRY JONES TILLER                                                                                PLAINTIFF

    v.                  Civil No.   6:14-cv-06086

SERGEANT AMIE MARTIN, Jail Administrator,
Hot Spring County Detention Center; and SHERIFF
HOLLINGSWORTH, Hot Spring County                                                                   DEFENDANTS

## JUDGMENT

For the reasons stated in a memorandum opinion entered this day, I hereby grant Defendants' Motion for Summary Judgment (ECF No. 44).  This case is **DISMISSED WITH PREJUDICE**.

**DATED** this **9th day of February 2017.**

                                                /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                UNITED STATES MAGISTRATE JUDGE